1
2                                                                JS-6
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA

12  RICHARD GEORGE IBRAHIM, an         Case No.  2:19−cv−08577 DSF (PLAx)
    individual,
13
               Plaintiff,
14                                     **ORDER GRANGING
    v.                                 STIPULATION OF DISMISSAL
15                                     WITH PREJUDICE**
    SALLY BEAUTY SUPPLY LLC, a
16  Virginia limited liability company, and   **[FED. R. CIV. P. 41(A)(1)]**
    DOES 1 through 20, inclusive,
17
               Defendants.
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine CA 92614
949.705.3000

4825-9297-1223.1 043072.1081

1  Having reviewed the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that the case, *RICHARD GEORGE IBRAHIM v. SALLY BEAUTY SUPPLY LLC, a Virginia limited liability company; and DOES 1 through 20, inclusive*, Case No. 2:19−cv−08577 DSF (PLAx), is dismissed with prejudice. Each party is to bear its own respective attorneys' fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

IT IS SO ORDERED.

DATED: January 19, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine CA 92614
949.705.3000

4825-9297-1223.1 043072.1081

2.